IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$8,880.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>)<br>STEPHANIE E. ANGULO and )<br>ANTHONY M. QUINTANA, )<br>)<br>Claimants. ) | 8:10CV36<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge on December 10, 2010, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before January 10, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge Thomas D. Thalken, at *thalken@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The trial previously scheduled is cancelled upon the representation that this case is settled.

DATED this 10th day of December, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge