FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
DEC 17 2010
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:10CV36 |
| $8,880.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| Defendant. | ) | |

NOW ON THIS 17th day of December, 2010, this matter comes on before the Court upon the Stipulation of the parties (Filing No 24). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. Four thousand four hundred forty dollars of the Defendant property should be returned to the Claimants, Stephanie Angulo and Anthony Quintana, by delivering the same to the trust account of their attorney of record, Stephen G. Lowe.

2. Pursuant to this Court's Order dated January 28, 2010 (Filing No. 7), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on April 6, 2010 (Filing No. 16). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. The balance of the Defendant property, viz., $4,440.00, should be forfeited to the United States.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. Four thousand four hundred forty dollars of the Defendant property shall be returned to the Claimants, Stephanie Angulo and Anthony Quintana, by delivering the same to her attorney of record, Stephen G. Lowe. The Marshal shall deliver said amount by making payment to Stephen G. Lowe's Trust Account.

C. Pursuant to this Court's Order dated January 28, 2010 (Filing No. 7), the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on April 6, 2010 (Filing No. 16). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, viz., $4,440.00, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of said $4,440.00 in accordance with law.

F. Upon Mr. Lowe's receipt of the $4,440.00, as mentioned above, he shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

_____
THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$8,880.00 IN UNITED STATES
CURRENCY, Defendant, and
STEPHANIE ANGULO and ANTHONY
QUINTANA, Claimants

By: _____
Stephen G. Lowe (#15991)
Attorney at Law
2033 Central Avenue
Kearney, Nebraska 68848-1516
(308) 237-5100